McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770



FILED

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   Case No. 08 mj 0188 GGH
                           )
           Plaintiff,      )
                           )
      v.                   )   **SEALING ORDER**
                           )
FRANCISCO HUERTA,          )
                           )
           Defendant.      )
_____)

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint and attached affidavit in the above-captioned matter be, and is hereby ordered, SEALED. The criminal complaint and attached affidavit shall be unsealed upon the defendant's arrest.

DATED: May 22, 2008

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
U. S. Magistrate Judge