FILED

June 18, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )          Case No.  2:08-cr-261 EJG
            Plaintiff,          )
                               )          ORDER FOR RELEASE
v.                             )          OF PERSON IN CUSTODY
                               )
Francisco Huerta,              )
                               )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Francisco Huerta_ Case _2:08-cr-261 EJG_

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    __      Release on Personal Recognizance

    __      Bail Posted in the Sum of _____

    X       Unsecured bond in the amount of $100,000, co-signed by defendant's

            parents; $3,000 cash bond; posting of pink slips for vehicles

            identified in the PTS report, totaling $25,175.

    __      Appearance Bond with 10% Deposit

    __      Appearance Bond secured by Real Property

    __      Corporate Surety Bail Bond

    X       (Other) PTS conditions as set forth on attached

Issued at _Sacramento, CA_ on _6/18/08_      at _12:15 p.m._

                              By _____
                                  Kimberly J. Mueller,
                                  United States Magistrate Judge

## Conditions of Release

**Re:  Huerta,  Francisco  Javier**
**Docket No. 2-08-CR-02-261-EJG**

1)    You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2)    You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3)    You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4)    Your travel is restricted to the Eastern District of California and you shall not travel outside of the Eastern District without the prior consent of the pretrial services officer;

5)    You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6)    You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7)    You shall submit to drug or alcohol testing as directed by the pretrial services officer;

8)    You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer within two weeks;

9)    You shall obtain no passport or any other travel documents during the pendency of this case;

10)   You shall not associate or have any contact with any co-defendants outside of the presence of counsel; unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

11)   You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12)   You shall pursue your GED and provide proof of such to your pretrial services officer;

13) You are released to the third party custody of your mother, Maria Gamboa, and your sister, Itsel Hureta and they shall remain in the United States during the pendency of this case;

14) You shall have no contact with Mariella LNU and shall subject your computer, cell phone, PDA, your phone records or any other electronic device to search by your pretrial services officer.

June 17, 2008