1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FRANCISCO HUERTA



OCT 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-08-261 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FRANCISCO HUERTA, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on October 24, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 24, 2008, be continued until December 12, 2008. In addition, the parties stipulate that the time period from October 24, 2008, to December 12, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1  DATED:October 20, 2008

2
                Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6  /s/ Lexi Negin for                   /s/ Lexi Negin
   HEIKO COPPOLA                        LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Francisco Huerta
8

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO HUERTA,<br><br>Defendant. | CASE NO. CR-S-08-261 EJG<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on October 20, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for October 24, 2008, be vacated and that the case be set for Friday, December 12, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 20, 2008 stipulation, the time under the Speedy Trial Act is excluded from October 24, 2008, through December 12, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: Oct 20, 2008

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2