1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
   Fax: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:08-CR-0261 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| FRANCISCO HUERTA | ) |
| Defendant. | ) |

Based upon the motion of the United States of America, this Court orders that the above-entitled defendant's waiver of personal appearance filed on or about August 25, 2008 is hereby VACATED and the defendant is ORDERED to personally appear before this Court on February 20, 2009.

Dated: February 19, 2009

_____
EDWARD J. GARCIA
Senior U.S. District Judge

5

```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770
   Fax: (916) 554-2900
5
6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,       )   CASE NO. 2:08-CR-0261 EJG
12                                 )
                 Plaintiff,        )
13                                 )   GOVERNMENT'S MOTION TO VACATE
   v.                              )   WAIVER OF APPEARANCE AND ORDER
14                                 )   DEFENDANT TO APPEAR ON FEBRUARY
                                   )   20, 2009
15 FRANCISCO HUERTA,               )
                                   )
16               Defendant.        )
                                   )
17
18     The United States of America, by and through the undersigned
19 Assistant U.S. Attorney, hereby moves this Court for an order,
20 vacating the defendant's waiver of appearance filed in this Court on
21 August 25, 2008 and ordering the defendant to appear before this
22 Court on the presently scheduled status conference date of February
23 20, 2009.
24 //
25 //
26 //
27 //
28 //

                                    1
```

1  This motion is based upon the attached declaration of Assistant
2  U.S. Attorney Heiko P. Coppola.
3
4                              LAWRENCE G. BROWN
                               Acting United States Attorney
5
6  Date: February 20, 2009    By: /s/ Heiko P. Coppola
                               HEIKO P. COPPOLA
7                              Assistant U.S. Attorney

DECLARATION OF HEIKO P. COPPOLA

1.  I am over the age of eighteen (18), competent to testify and the Assistant U.S. Attorney assigned to this matter.

2.  Francisco Huerta (hereinafter "defendant") is charged in the original indictment with one count of Conspiracy to Distribute and Possess With Intent to Distribute at least fifty (50) grams of methamphetamine (actual) and three counts distribution of methamphetamine. If convicted the defendant is facing a mandatory minimum sentence of ten (10) years and a maximum sentence of life in prison.

3.  The defendant was admitted to bail in the above-entitled case and released from custody on or about June 18, 2008. One of the defendant's conditions of release was that he commit no local, state or federal criminal offenses. The defendant filed a waiver of his personal appearance in this Court on or about August 25, 2008.

4.  On January 22, 2009 the defendant was arrested by the Stockton Police Department for Taking a Vehicle Without Consent in violation of California Vehicle Code § 10851, Receiving Known Stolen Property in violation of California Penal Code § 496(A), and Receiving Known Stolen Motor Vehicle or Trailer in violation of California Penal Code § 496D(A). He was subsequently detained in the San Joaquin County Jail.

5.  On January 28, 2009, the pretrial services department requested a warrant for the defendant's arrest. At the time of the warrant request, the defendant was still in custody according to the San Joaquin County Sheriff's Department website.

6.  On or about January 30, 2009, the U.S. Magistrate Judge issued a warrant, ordering the defendant's arrest for violating his

3

pretrial conditions of release.

7. On January 30, 2009, the U.S. Marshal's Service requested an absconder sheet from Pretrial Services Officer Daryl Walker. When Officer Walker relayed to the Marshal's Service that he believed the defendant was in the San Joaquin County Jail, Officer Walker was informed that the defendant had bailed out two days prior.

8. Since January 30, 2009, Officer Walker has attempted contact with the defendant at three different telephone numbers. Two of those numbers have been disconnected and the third rings constantly with no voice-mail feature. On February 2, 2009, Officer Walker called the defendant's residence and spoke with the defendant's sister. The defendant's sister indicated that she did not know the defendant's whereabouts, when he left the residence and further indicated that his cell phone was no longer working. Officer Walker left a message for the defendant to call Officer Walker as soon as possible. On February 18, 2009, Officer Walker again spoke with the defendant's sister. The defendant's sister reported to Officer Walker that she still had no idea of the defendant's whereabouts and had no way of contacting him. She further stated that her parents called all of their other relatives to see if the defendant been in contact with them. The defendant's sister indicated that no one has either seen or heard from the defendant.

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Heiko P. Coppola
HEIKO P. COPPOLA

4