BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
Fax: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-0261 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | AMENDED ORDER FORFEITING BAIL |
| FRANCISCO HUERTA | ) | |
| Defendant. | ) | |

   This matter came before the Court on February 20, 2009 at 10:00 a.m. for a status conference.

   The defendant was admitted to bail in the above-entitled case and released from custody on or about June 18, 2008.  To secure his release the following items were posted as bail: $100,000 unsecured appearance bond co-signed by the defendant's parents, a $3000 cashier's check, and four vehicles (a 1987 Nissan CA License Plate Number 7R41973; a 1989 Chevy CA License Plate number 4MSG917; a 2000 Dodge CA License Plate Number 5BDN590; and a 1995 Lincoln CA Plate Number 4ZCX128).

   One of the defendant's conditions of release was that he commit no local, state or federal criminal offenses.  On January 22, 2009

1

the defendant was arrested by the Stockton Police Department for Taking a Vehicle Without Consent in violation of California Vehicle Code § 10851, Receiving Known Stolen Property in violation of California Penal Code § 496(A), and Receiving Known Stolen Motor Vehicle or Trailer in violation of California Penal Code § 496D(A). On or about January 30, 2009, the U.S. Magistrate Judge issued a warrant, ordering the defendant's arrest for violating his pretrial conditions of release.  The defendant remains a fugitive from justice despite several attempts by the United States Marshal's Service to apprehend him.

   The defendant filed a waiver of his personal appearance in this Court on or about August 25, 2008, which this Court vacated on February 18, 2009 on the government's motion.  This Court also ordered the defendant to appear at the status conference on February 20, 2009.

   The defendant failed to appear at the February 20, 2009 status conference.  At the same hearing, this Court ordered that the bail posted in this matter be forfeited.

   It is therefore ORDERED that the above-described items posted as bail in this matter are hereby forfeited to the United States and shall be seized by the United States Marshal's Service, pursuant to this Court's order of February 20, 2009.

   It is further ORDERED that the costs incurred by the U.S. Marshal's Service, including the cost of storage, service, advertising, disposal, and maintenance, for the above-described vehicles shall be paid from the gross sales price of the above-described vehicles to the extent that funds are available.

///

It is further ORDERED that a final judgment is hereby entered forfeiting all right, title and interest in the above-described property to the United States, to be disposed of according to law.

Dated: January 13, 2010            /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   Senior U.S. District Judge